

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASHUA SWEENEY, individually and for all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>GRIFFIS GROUP OF COMPANIES, LLC, dba GRIFFIS RESIDENTIAL,<br><br>                              Defendant. | Case No.:  26-cv-01742-WQH-JLB<br><br>**ORDER** |

HAYES, Judge:

On March 19, 2026, Plaintiff Jashua Sweeney ("Plaintiff") filed a class action Complaint against Defendant Griffis Group of Companies, LLC dba Griffis Residential ("Defendant"). (ECF No. 1.) On May 15, 2026, Defendant filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 6.)

On May 29, 2026, Plaintiff filed a First Amended Complaint ("FAC") against Defendant. (ECF No. 9.)

Under Federal Rule of Civil Procedure 15, "if [a] pleading is one to which a responsive pleading is required," "[a] party may amend its pleading once as a matter of course no later than . . . 21 days after service of a motion under Rule 12(b)." Fed. R. Civ.

P. 15(a)(1); *see also Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (stating that Rule 15(a)(1)(B) allows a Plaintiff to "amend once within twenty-one days after service" of a motion under Rule 12(b)(6)). In this case, Plaintiff timely filed the FAC within 21 days after service of the pending Motion to Dismiss (ECF No. 6). "Consequently, [ ] Plaintiff's [FAC] supersede[s] the [Complaint], and the [Complaint] cease[s] to exist." *Ramirez*, 806 F.3d at 1008.

Because the pending Motion to Dismiss targets Plaintiff's superseded Complaint, IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 6) is denied as moot.

Dated:  June 3, 2026

Hon. William Q. Hayes
United States District Court

26-cv-01742-WQH-JLB